Law Offices of Colin Mulh
Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/2/2026

September 2, 2026

District Judge Nelson Stephen Roman
United States District Court
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: **Campos et al v. Mole Poblano Tuzantlan Deli Grocery Corporation et al**

23-cv-3037

MEMO ENDORSED

Your Honor,

Defendants have recently retained counsel and the parties are in the process of discussing settlement. If the Court would so permit, Plaintiff would respectfully request that the Default Hearing Scheduled for tomorrow be adjourned for 30 days. The undersigned will notify Defendants of the new date and will attach English language signed affidavits of the Plaintiff prior to that adjourn date, if necessary.

The undersigned thanks the Court for its patience with this matter and its courtesies.

/s/Colin Mulholland, Esq.
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiffs*

**The Court grants the request for an adjournment and will reschedule the teleconference hearing for October 15, 2026 at 11AM**

**The Clerk of the Court is kindly directed to terminate the motion at ECF No.**

**Dated: September 2, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE